An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH TWIDDY,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF PUBLIC SAFETY AND STATE OF
NEVADA DEPARTMENT OF
PERSONNEL, STATE PERSONNEL
COMMISSION,
Respondents.

No. 62868

FILED

APR 3 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On March 27, 2013, this appeal was docketed in this court without payment of the requisite filing fee. On that same, a notice was issued directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the fee within 10 days would result in the dismissal of this matter. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
Law Office of Daniel Marks
Attorney General/Reno
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-12123